

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York  10018
T (212) 218-5500
F (212) 218-5526

amwilliams@seyfarth.com
T (212) 218-3373

www.seyfarth.com

May 27, 2021

**VIA ECF**

Hon. Lorna G. Schofield
U.S. District Judge
U.S. District Court for the Southern District of New York
40 Foley Square, Courtroom 1106
New York, NY 10007

**Re:** *Sanchez v. Marvel Worldwide, Inc.*,
**Civil Action No.: 1:21-cv-04224-LGS (S.D.N.Y.)**

Dear Judge Schofield:

This office represents Defendant Marvel Worldwide, Inc. ("Defendant") in the above-referenced matter.  We write, with the consent of Plaintiff Christian Sanchez ("Plaintiff"), to respectfully request a 30-day extension of the deadline for Defendant to respond to the Complaint, up to and including July 6, 2021.

By way of background, Plaintiff commenced this action on or about May 11, 2021. (ECF No. 1.)  Based on the purported service date of May 14, 2021, Defendant's responsive pleading is due on June 4, 2021.

This is the first request for an extension of the responsive pleading deadline. Defendant is requesting this extension of this deadline to provide it with additional time to investigate the allegations in the Complaint, and for the parties to explore a potential non-litigated resolution of this matter.  We have communicated with counsel for Plaintiff, and Plaintiff consents to this request.

We respectfully submit this request in good faith and not to cause undue delay. The granting of this application will not impact any other scheduled deadlines, including the Initial Pretrial Conference scheduled for July 8, 2021.  We thank the Court for its time and attention to this matter.

> The application is **GRANTED**.  By **July 6, 2021**, Defendant shall answer, move or otherwise respond to the Complaint.  The Clerk of Court is respectfully directed to close the motion at Docket No. 8.
>
> Dated: May 28, 2021
> New York, New York
>
> _____
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

71266024v.1



Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Amanda Williams*

Amanda Williams

cc: All counsel of record (via ECF)