UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRISTIAN SANCHEZ, on behalf of himself and all others similarly situated,

                Plaintiffs,

-against-

MARVEL WORLDWIDE, INC.
                Defendant.

Case No. 1:21-cv-04224

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Brooklyn, New York
           June 30, 2021

So Ordered.

Dated: July 1, 2021
       New York, New York

Respectfully submitted,

*/s/ Joseph H. Mizrahi*
Cohen & Mizrahi LLP
*Attorneys for Plaintiff*

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**